## IN THE UNITED STATES DISTRICT COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:     LATEX GLOVES PRODUCT     ) MDL DOCKET NO.: 1148
            LIABILITY LITIGATION           )
                                                         ) This Document refers to:
                                                         ) <u>R.Abraham v. Satari Corp.,et al</u>
                                                         ) No. 02 CV 4606

### MOTION TO WITHDRAW

**COMES NOW**, D. Neil Harris, attorney for Plaintiff and files this his Motion to Withdraw and would show, to-wit:

Attorney would state that he cannot adequately represent his client due to personal reasons that will be disclosed to the Court in the event a hearing is necessary.

**WHEREFORE, PREMISES CONSIDERED,** D. Neil Harris, hereby moves this Court to be allowed to withdraw as attorney of record.

                                                        Respectfully submitted,

                                                        _____
                                                        D. NEIL HARRIS,
                                                        Attorney for Plaintiff

### CERTIFICATE OF SERVICE

I, D. Neil Harris, do hereby certify that I have this day mailed by United States mail, postage prepaid, a true and correct copy of the foregoing to:

| | |
|---|---|
| Plaintiffs' Steering Committee<br>Latex Multi-District Litigation<br>1811 Chestnut Street, Ste. 105<br>Philadelphia, PA 19103<br>(Document Repository) | Alan L. Unikel, Esquire<br>Seyfarth Shaw<br>55 E. Monroe St., Ste. 4200<br>Chicago, Illinois 60603-5803<br>(Defendants' Liaison Counsel/Counsel for<br>Allegiance Healthcare Corp.; Baxter<br>Healthcare Corp.) |

| | |
|---|---|
| David S. Shrager, Esquire<br>Shrager Spivey Sachs & Weinstock<br>Two Commerce Square, 32nd Floor<br>2001 Market St.<br>Philadelphia, PA 19103<br>(Plaintiffs' Steering Committee) | James A. Willhite, Jr., Esquire<br>Montgomery, McCracken, Walker & Rhodes<br>123 South Broad St.<br>Philadelphia, PA 19109<br>(Defendants' Liaison Counsel/Counsel for Allegiance Healthcare Corp.; Baxter Healthcare Corp.) |
| Diane M. Nast, Esquire<br>Roda & Nast, P.C.<br>801 Estelle Dr.<br>Lancaster, PA 17601<br>(Plaintiffs' Steering Committee) | Steve M. Pharr, Esquire<br>Pharr & Boynton, PLLC<br>627 Coliseum Dr.<br>Winston-Salem, NC 27106<br>(Counsel for Satari Corp.) |
| Ralph Knowles, Esquire<br>Doffermyre, Shield, Canfield,<br>Knowles & Devine<br>1355 Peachtree St., N.E., Ste. 1600<br>Atlanta, GA 30309-3269<br>(Plaintiffs' Steering Committee) | Barry M. Epstein, Esquire<br>Beth S. Rose, Esquire<br>Sills Cummis Radin Tischman Epstein & Gross<br>1 Riverfront Plaza, Floor 10A<br>Newark, New Jersey 07102-5400<br>(Counsel for Becton Dickinson and Co., n/k/a Maxxim Medical, Inc.) |
| Gerald D. Wixted, Esquire<br>Smith, Stratton, Wise, Heher<br> & Brennan<br>600 College Road East<br>Princeton, NJ 08540<br>(Counsel for Cranberry (M) Sdn.Bhd) | Mark M. Jones, Esquire<br>Wilson, Elser, Moskowitz, Edelman<br> & Dicker, LLP<br>The Colorado Building<br>1341 G. Street, N.W., Ste. 500<br>Washington, D.C. 20005-3105<br>(Counsel for Health Industry Manu. Assoc.) |
| Frank A. Wood, Jr., Esquire<br>Watkins & Eager<br>400 East Capital, Ste. 400<br>Jackson, MS 39201<br>(Local Counsel for Johnson & Johnson; Johnson & Johnson Medical) | John W. Dornberger, Esquire<br>Post & Schell, P.C.<br>240 Grandview Ave.<br>Camp Hill, PA 17011<br>(Counsel for Patterson Dental Company) |
| Jeffrey Singer, Esquire<br>Robert O'Malley, Esquire<br>Segal McCambridge Singer &<br> Mahoney, Ltd.<br>One IBM Plaza, Ste. 200<br>330 North Wabash<br>Chicago, IL 60611<br>(Counsel for Safeskin Corp.) | Richard Michael Duffy, Esquire<br>Gardner Carton & Douglas<br>Quaker Tower, Ste. 3400<br>321 North Clark St.<br>Chicago, IL 60610-4795<br>(Counsel for Ansell Perry) |
| John Dames, Esquire<br>David B. Sudzus, Esquire<br>Lara C. Otsuka, Esquire<br>Kelley Drye & Warren, LLP<br>303 West Madison, Ste. 1400<br>Chicago, Illinois 60606<br>(Counsel for Johnson & Johnson) | Kimberly N. Howland, Esquire<br>George Q. Evans, Esquire<br>Wise, Carter Child & Caraway<br>P. O. Box 651<br>Jackson, MS 39205-0651<br>(Counsel for Smith & Newphew) |

| | |
|---|---|
| Roy C. Williams, Esquire<br>Colingo, Williams, Heidelberg<br>  Steinberger & McElhaney, P.A.<br>P. O. Box 1407<br>Pascagoula, MS 39568-1407<br>(Counsel for Allegiance Healthcare Corp. and Baxter Healthcare Corp.) | J. Robert Ramsay, Esquire<br>Matthew D. Miller, Esquire,<br>Bryant, Clark Dukes, Blakeslee,<br>  Ramsay & Hammond, PLLC<br>P. O. Box 16567<br>Hattiesburg, MS 39404<br>(counsel for Target Medical, Inc.) |
| Neville H. Boschert, Esquire<br>Scott B. Hollis, Esquire<br>Watkins, Ludlam, Winter & Stennis, P.A.<br>P. O. Box 427<br>Jackson, MS 39205-0427<br>(Counsel for Ansell-Perry and Ansell Protective Products, Inc.) | William M. Rainey, Esquire<br>Franke, Rainey & Salloum, PLLC<br>P. O. Drawer 460<br>Gulfport, MS 39502<br>(Counsel for First Medica Association) |
| Donald R. Peterson, Esquire<br>Peterson Johnson & Murray, S.C.<br>733 North Van Buren St., 6th FL<br>Milwaukee, WI 53202-4767<br>(Counsel for Smith & Nephew, Inc.) | Luis A. Berrones, Esquire<br>Gardner, Carton & Douglas<br>321 North Clark St., Ste. 3400<br>Chicago, Illinois 60610-4795<br>(Counel for Ansell Healthcare Products, Inc.) |

This the _____ day of _____, 2002.

_____
D. NEIL HARRIS

D. Neil Harris (MS Bar#: 2019)
R. Allen Smith, Jr. (MS Bar#: 99984)
D. Neil Harris & Associates, P.A.
2909 Magnolia Street
P. O. Box 306
Pascagoula, MS 39568-0306
Telephone: (228) 769-2889
Facsimile: (228) 769-2893