IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION


DR. ROBERT ABRAHAM                                                        PLAINTIFF

VERSUS                                              CIVIL ACTION NO. 1:02cv165GR

SATAR CORPORATION, MAXXIM MEDICAL, FIRST MEDICA
ASSOCIATION, CRANBERRY (M) SDN.  BHD.,  JOHNSON & JOHNSON,
BECTON, DICKINSON AND COMPANY, SAFESKIN CORPORATION,
KIMBERLY-CLARK CORPORATION, ALLEGIANCE HEALTHCARE
CORPORATION, ANSELL PERRY, ANSELL PROTECTIVE PRODUCTS,
INC., SMITH & NEPHEW, INC., HEALTH INDUSTRIES
MANUFACTURERS ASSOCIATION, JOHN DOES 1-10                    DEFENDANTS

## MOTION TO DISMISS

COMES NOW, the Defendant, First Medica Association, by and through its attorneys of record, and files this, its motion for dismissal in the above styled and numbered cause, and in support thereof would show unto the Court the following, to-wit:

I.

That this lawsuit was originally filed in the Circuit Court of Jackson County, Mississippi, ans was removed to the United States District Court for the Southern District of Mississippi, Southern Division.  This matter was then transferred to the Judicial Panel for Multi-District Litigation in Western Pennsylvania by Order of June 5, 2002.  That this Defendant, First Medica Association, now seeks dismissal from this cause of action.

II.

The Plaintiff in this matter has based its cause of action upon the assertion and allegation that all defendants named were engaged in the manufacture, sale, and distribution of latex gloves, or that all defendants placed said latex gloves within the stream of commerce, either expecting them to reach the State of Mississippi, or sold and/or manufactured said latex gloves within the State of Mississippi.

III.

This Defendant would further show that it is not engaged in the manufacture, sale, or distribution of latex gloves.  This Defendant would further show that it is involved only in the sale and distribution of non-latex materials.  By way of proof, this Defendant attaches a copy of its product listing to this Motion, marked Exhibit "A."

WHEREFORE, PREMISES CONSIDERED, this Defendant requests that this Honorable Court dismiss this cause of action against it, with prejudice, at cost to the Plaintiff, as this Defendant is not engaged in any of the allegations asserted in the Plaintiff's petition and therefore is wrongfully named as a defendant.

Respectfully submitted,

FIRST MEDICA ASSOCIATION

BY:    FRANKE, RAINEY & SALLOUM, PLLC


BY:    _____
          David M. Ishee, MBN 8370


FRANKE, RAINEY & SALLOUM, PLLC
POST OFFICE DRAWER 460
GULFPORT, MS 39502
Telephone: 228-868-7070
Telecopier: 228-868-7090

*2*

CERTIFICATE OF SERVICE

       I, David M. Ishee, of the firm of Franke, Rainey & Salloum, do hereby certify that I have this day mailed, by United States Mail, postage prepaid, a true and correct copy of the foregoing Motion to Dismiss to the following:

D. Neil Harris
Post Office Box 306
Pascagoula, MS 39568-0306

John W. Dornberger
240 Grandview Avenue
Camp Hill, PA 17011

Mark M. Jones
The Colorado Bldg.
1341 G Street NW, Suite 500
Washington, DC 20005

J. Leray McNamara
Patricia H. Cottingham
Copeland & Cook
Post Office Box 6020
Ridgeland, MS 39158

Neville H. Boschert
Watkins, Ludlam, Winter & Stennis, PA
Post Office Box 427
Jackson, MS 39205-0427

Roy C. Williams
Post Office Box 1407
Pascagoula, MS 39568-1407

Kimberly N. Howland
George Q. Evans
Post Office Box 651
Jackson, MS 39205

John Dames
David B. Sudzus
303 West Madison Street, Suite 1400
Chicago, IL 60606

Frank A. Wood, Jr.
Watkins & Eager
400 East Capital Street, Suite 400
Jackson, MS 39205

Barry M. Epstein
Beth Rose
One Riverfront Plaza, Floor 10A
Newark, NJ 07102-5400

Christina Mack
Robert O'Malley
Christy J. Benton
Suite 200, One IBM Plaza
Chicago, IL 60611

Gerald Wixted
600 College Road East
Princeton, JN 08540

Donald R. Peterson
733 N. Van Buren Street, 6th Floor
Milwaukee, WI 53202

J. Robert Ramsay
Matthew D. Miller
Post Office Box 16567
Hattiesburg, MS 39404

       THIS, the _____ day of December, 2002.

                       David M. Ishee, MBN 8370

FRANKE, RAINEY & SALLOUM, PLLC
POST OFFICE DRAWER 460
GULFPORT, MS 39502
Telephone: 228-868-7070
Telecopier: 228-868-7090